UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

Nicholas Szucs,

              Defendant.

Dkt. No. 0208  17CR00373-001 (KMK)

**ORDER**

As a condition of Compassionate Release, granted on June 24, 2020, Nicholas Szucs is hereby ordered to comply with the stipulations of Home Detention, until May 30, 2021, with technology to be determined at the Probation Office's discretion, which is also to include a 14-day quarantine prior to install. Subject to the discretion of the Probation Office, Mr. Szucs is to be allowed to leave him home for medical and legal appointments and any verified religious obligations. All other supervised release conditions remain in effect.

**SO ORDERED.**

Dated:    June 30, 2020
             White Plains, NY

                                                            **Kenneth M. Karas**
                                                            **U.S. District Judge**